**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-50174 |
| Plaintiff-Appellee, | D.C. No. 5:21-cr-00075-JWH-1 |
| v. | |
| RICHARD LOREN LEWIS, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
John W. Holcomb, District Judge, Presiding

Submitted August 17, 2022**

Before:     S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

Richard Loren Lewis appeals from the district court's judgment and

challenges his guilty-plea convictions and 27-month sentence for bank fraud and

false statement to a financial institution, in violation of 18 U.S.C. §§ 1344(1),

1014, and 2(b).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lewis's

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lewis the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Lewis waived the right to appeal his convictions, with the exception of an appeal based on a claim that his pleas were involuntary, and most aspects of his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal as to all issues covered by the appeal waiver. We affirm as to all other issues because our review of the record discloses no arguable grounds for relief as to the voluntariness of Lewis's pleas or any aspect of the sentence that falls outside the scope of the appeal waiver.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**